Certificate Number: 00301-PAE-DE-033597326

Bankruptcy Case Number: 19-03156


00301-PAE-DE-033597326

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 23, 2019</u>, at <u>11:12</u> o'clock <u>PM EDT</u>, <u>SHAYNE D LEWIS</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: October 23, 2019      By: /s/Sonia Cortez

                            Name: Sonia Cortez

                            Title: Certified Bankruptcy Counselor

Certificate Number: 00301-PAE-DE-033597328

Bankruptcy Case Number: 19-03156



00301-PAE-DE-033597328

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2019, at 11:12 o'clock PM EDT, HEIDI L LEWIS completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 23, 2019

By: /s/Sonia Cortez

Name: Sonia Cortez

Title: Certified Bankruptcy Counselor