UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Shayne Donald Lewis                                    Case No.: 19-03156

And

Debtors                                                : CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360
Email: MKnitter@monroecountypa.gov

"/s/ Melinda S. Knitter"
Melinda S. Knitter, Bankruptcy Clerk

Parcel # 07/96303